11 F.3d 1071
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
The INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS, The International Brotherhood of Electrical
Workers, The International Union of Electronic, Electrical,
Salaried Machine and Furniture Workers, The Industrial Union
Department, AFL-CIO and The United Steelworkers of America,
Plaintiffs-Appellants,
v.
The UNITED STATES, Defendant-Appellee,
and
Orion Electric Co., Ltd., Goldstar Co., Ltd., Goldstar of
America, Inc., Goldstar Electronics International, Inc.,
Goldstar Mexico and S.A. De C.V., Samsung Electron Devices
Co., Ltd., Samsung Mexicana, S.A. and Samsung Electronics
America, Inc., Sony Corporation and Sony Corporation of
America, Mitsubishi Electric Corporation, Mitsubishi
Electronics of America, Inc. and Mitsubishi Electronics
Industries Canada Inc., Ltd, Matsushita Electric Industrial
Co., Ltd., Hitachi, Ltd., and Sanyo Manufacturing
Corporation, Defendants-Appellees.
 No. 93-1154.
 United States Court of Appeals, Federal Circuit.
 Oct. 20, 1993.
 
 Judgment
 Before RICH, PLAGER and LOURIE, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Fed.Cir.R. 36.